# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA
_____

Case No. 5D2025-3659
LT Case No. 2025-CF-000017-A
_____

NEIL ANTHONY GEIGER,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

_____

On appeal from the CircuitCourt for Citrus County.
Joel D. Fritton, Judge.

Matthew J. Metz, Public Defender, and Ali L. Hansen, Assistant Public Defender, Daytona Beach, for Appellant.

James Uthmeier, Attorney General, Tallahassee, and Alyssa M. Williams, Assistant Attorney General, Daytona Beach, for Appellee.

July 21, 2026

PER CURIAM.

    AFFIRMED.

JAY, C.J., and BOATWRIGHT and KILBANE, JJ., concur.

_____

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

_____